# United States District Court for the Northern District of Ohio

Plaintiff, **Kathy Coleman**

vs. City of University Hts, Susan Infeld, Sgt. Orianj, Eric Tuck-Macala, Plain Dealer Publishing Co., Plain Dealer L.L.C., Ryllie Danylko, weWs News Statio at ABC, E.W. Scripps Co., Northeast Ohio Media Group LLC, John Kosich, Jeff Harris

Defendant.

CASE NO. 2016-cv-01229

Judge Patricia Gaughan

## NOTICE OF APPEAL

Notice is hereby given that **Kathy Coleman**,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from **dismissal of complaint per 28 USC 1915(e)(3) and order not to accept supplemental jurisdiction on state law claims**
(the final judgment) (from an order (describing it))

entered in this action on the **7th** day of **June, 2016**

(s) **3901 Silsby Rd, University Hts, Oh. 44118**
Address:

Phone #: **216-659-0473**

~~Attorney for~~ **Kathy Coleman**, pro se
**Kathy Coleman**

6CA-3